**FILED**
October 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHN R. THOMAS,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES, THE THREE BRANCHES OF GOVERNMENT,<br><br>  Defendant. | §<br>§<br>§<br>§<br>§  NO. SA-25-CV-00835-OLG<br>§<br>§<br>§<br>§<br>§ |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R), filed August 25, 2025, concerning pro se Plaintiff John R. Thomas's complaint. (*See* R&R, Dkt. No. 7.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). A copy of the R&R was mailed by certified mail on August 26, 2025 (*see* Dkt. No. 8), and the tracking information reflects that it was received by Plaintiff on August 30, 2025. The deadline to file objections therefore expired on September 16, 2025. To date, no objections have been filed.

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.") After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 7) and, for the reasons set forth therein, this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e) for failure to state a non-frivolous claim for relief.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this __10__ day of October 2025.

_____
ORLANDO L. GARCIA
United States District Judge

2